United States District Court
for the
Southern District of Florida

Bacardi U.S.A., Inc., Plaintiff  )
                                 )
v.                               )
                                 )  Civil Action No. 16-20079-Civ-Scola
                                 )
Bartolomeio Pio, Inc., and others,  )
Defendants.                      )

### Order Of Dismissal

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Notice of Dismissal, ECF No. 24). All pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on February 16, 2016.

_____
Robert N. Scola, Jr.
United States District Judge